**FARLEY**, State Excise Com'r, Respondent, v. **FISCHER et al.**, Appellants. (Supreme Court, Appellate Division, Fourth Department. January 14, 1914.) Action by William W. Farley, as State Commissioner of Excise, against William F. Fischer and another.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellants to abide event. It was a question of fact as to whether the sale was a sale of liquor to be drunk on the premises. The court erred in unqualifiedly charging the jury that the plaintiff was entitled to recover if the liquor sold

was drunk on the premises; also in charging the jury as to what acts constitute a violation of the statute.

ROBSON, J., not sitting.